**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| PHILLIP REHWALD, | : | No. 74 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| ET AL., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 26th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the "Motion for Temporary Assignment of Judge[s]" is DENIED.